| Prob22<br>(Rev 3/98) | | DOCKET NUMBER (Tran. Court)<br>1:01CR10043-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>3:05-00195 |

| NAME AND ADDRESS OF PROBATIONER/<br>SUPERVISED RELEASE | DISTRICT<br>**WESTERN DISTRICT OF TENNESSEE** | DIVISION<br>**EASTERN** |
|---|---|---|
| **Jeffery Raye Phelps**<br>**1986 Lavergne Court**<br>**Nashville, TN   37210** | NAME OF SENTENCING JUDGE<br>**HONORABLE JAMES D. TODD** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | **FROM**<br>**05-28-2004** | **TO**<br>**05-27-2006** |

OFFENSE

**Convicted Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   **WESTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court of the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

15 June 2005
_____                                    _____
Date                                                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF   _TN_   DISTRICT OF   _Middle_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/31/05
_____                                    _____
Date                                                                      United States District Judge

39

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

Thomas M. Gould
Clerk of Court

111 South Highland Ave., Room 262
Jackson, Tennessee 38301
731-421-9200
731-421-9210 Fax

November 23, 2005

United States District Court
Middle District of Tennessee
800 United States Courthouse
Nashville, TN 37203

RE: Our #: 01-10043-001 T   USA v. Jeffery Raye Phelps
    Your #: 3:05-00195

Dear Clerk:

Pursuant to the Order entered on 11/21/2005 by Judge James D. Todd the above referenced case has been transferred to your district for Supervision. Please find enclosed certified copies of the Order(Transfer of Jurisdiction), Docket Sheet, and Judgment. I am also enclosing a copy of this cover letter and requesting that you acknowledge receipt and return it to our office in the provided envelope. Thank you for your attention in this matter.

Thomas M. Gould, Clerk

BY: *Cassandra Herd*
    Deputy Clerk

ENCLOSURES

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:01-CR-10043 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

Tammi R. Simpson
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT